**FRANK & ASSOCIATES, P.C.**
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.

January 2, 2018

**VIA ECF**
Magistrate Judge Gary R. Brown
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11722

    Re:   **Wiggins v. The Garden City Golf Club**
          **Case No.: 16-cv-5959 (LDW)(GRB)**

Dear Judge Brown:

    As you are aware, this firm represents Plaintiff Robert Wiggins in the above referenced matter. Further to the Court's Electronic Order dated December 26, 2017, the parties jointly submit the following proposed briefing schedule for Plaintiff's motion for conditional certification:

- Plaintiff will move for conditional certification by January 9, 2018;
- Defendant will respond by January 30, 2018;
- Plaintiff's Reply will be filed by February 13, 2018.

    Thank you for your kind consideration of this request.

Very truly yours,

**FRANK & ASSOCIATES, P.C.**

    /s/
Neil M. Frank