

Neil M. Frank, Esq.

Joseph A. Myers, Esq. +
Matthew J. Farnworth, Esq.

+ *Admitted in N.Y., D.C., & V.A.*

April 19, 2019

Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: **Wiggings v. The Garden City Golf Club**
      **Case No.: 16-cv-5959 (RRM)(GRB)**

Dear Judge Mauskopf:

 I write to inform the Court that Patricia L. Boland's association with the law firm Frank & Boland, P.C. ended effective April 19, 2019, and respectfully request that the Court "So Order" her withdrawal as counsel for Plaintiff in the above-referenced action as of that date, *nunc pro tunc*.

             Respectfully submitted,

             /s/Neil M. Frank_____
             Neil M. Frank, Esq.

cc: all parties via ECF