

# Famighetti & Weinick PLLC

25 Melville Park Road, Suite 235
Melville, New York 11747
(631) 352-0050
pjf@fwlawpllc.com

November 6, 2019

<u>*Via ECF*</u>
Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Wiggins v. The Garden City Golf Club</u>
            Docket No.: 16 CV 5959 (RRM) (ST)

Dear Judge Mauskopf:

    This office is new counsel to Plaintiff, Robert Wiggins. I write pursuant to Your Honor's Order dated November 1, 2019. Due to Neil M. Franks "retirement", between July and October 2019, approximately 15 active cases pending in State and/or Federal Court were transferred to my firm, Famighetti & Weinick, PLLC, including the above-referenced action.

    Neither Joseph A. Myers, Esq., nor anyone from the now defunct law firm of Frank & Boland, PC continues to represent Mr. Wiggins. The only counsel of record for Mr. Wiggins should be the undersigned, Peter J. Famighetti. I do however, endorse the motion previously filed by Mr. Myers.

    If Your Honor requires any further information, please do not hesitate to contact me. Thank you for your time and attention to this matter.

                                            Sincerely,

                                      *<u>Peter J. Famighetti</u>*
                                        Peter J. Famighetti

Cc: Domenique Camacho Moran, Esq.
     (Lead Counsel for Defendants via ECF)