UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT LEE WIGGINS,

                        Plaintiff,

            -against-

THE GARDEN CITY GOLF CLUB,

                        Defendant.
-----------------------------------------------------------X

Docket No.: 16-cv-5959 (RRM) (ST)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties in the above captioned action, through their undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action is dismissed with prejudice and without costs or attorney's fees to any party, except as agreed by the parties.

Famighetti & Weinick, PLLC
*Counsel for Plaintiff*

By: ___/s/ Peter J. Famighetti___
      Peter J. Famighetti, Esq.

Dated: May 13, 2020

Farrell Fritz, P.C.
*Counsel for Defendant*

By: ___/s/___
      Domenique Camacho Moran, Esq.
      Irene A. Zoupaniotis, Esq.

Dated: May 24, 2020